# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand and fifteen.

_____

Todd Hinz,

      Plaintiff-Appellant,                             **ORDER**

                                                                   Docket No. 15-2239

v.

Village of Perry,

      Defendant-Appellee.

_____

      Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 26, 2015 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

      IT IS HEREBY ORDERED that Appellant's brief must be filed on or before October 23, 2015. The appeal is dismissed effective October 23, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                                         FOR THE COURT:

                                                                         Catherine O'Hagan Wolfe,
                                                                         Clerk of Court

